- RECEIVED
IN LAKE CHARLES, LA

APR 2 0 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WEEKS MARINE, INC. | : | DOCKET NO. 2:00-cv-2055 |
| VS. | : | JUDGE TRIMBLE |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE KAY |

### REPORT AND RECOMMENDATION

According to LR 41.3W, "[a] civil action may be dismissed . . . for lack of prosecution . . . [w]here a cause has been pending six months without proceedings being taken within such period." Plaintiff Weeks Marine, Inc. filed the instant suit on September 5, 2000. On May 20, 2004, plaintiff filed a Motion to Continue Trial. Doc. 12. On May 24, the motion was granted and plaintiff was instructed to notify the court if and when a new trial date was required. Doc. 13. Plaintiff has failed to notify the court of the necessity of a new trial, and no action has otherwise been taken in this case since January 13, 2006, when a Motion to Substitute Counsel was granted by the magistrate judge. It is THEREFORE RECOMMENDED that plaintiff's claims be DISMISSED WITHOUT PREJUDICE.

Pursuant to LR41.3W, plaintiff is allowed ten calendar days from the mailing of this notice to file evidence of good cause for failure to act. Additionally, under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have ten (10) business days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within ten (10) days after being served with a copy of any objections or response to the District judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within ten (10) days following the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 20th day of February, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE